UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT KNOXVILLE

| | |
|---|---|
| BRANDY NICOLE BREWER LAMBDIN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> AEROTEK COMMERCIAL STAFFING, *et al.*, ) <br> ) <br> Defendants. ) | No.: 3:10-CV-280 <br> (VARLAN/GUYTON) |

## **ORDER**

This matter is before the Court on the Report and Recommendation (the "R&R") entered by U.S. Magistrate Judge H. Bruce Guyton on October 7, 2011 [Doc. 51]. There have been no timely objections to the R&R, and enough time has passed since the filing of the R&R to treat any objections as having been waived. *See* 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b).

After careful review of the matter, the Court is in agreement with Magistrate Judge Guyton's recommendations, which the Court adopts and incorporates into its ruling. Accordingly, the Court **ACCEPTS IN WHOLE** the R&R [Doc. 51] and **DENIES** plaintiff's Motion to Remand to State Court [Doc. 45].

IT IS SO ORDERED.

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE